JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA FAWCETT,<br><br>    Petitioner,<br><br>    v.<br><br>JACOB DOERER,<br><br>    Respondent. | Case No. 2:23-cv-06625-VBF-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 28, 2024            /s/ Valerie Baker Fairbank

                                             HON. VALERIE BAKER FAIRBANK
                                             UNITED STATES DISTRICT JUDGE